Clear Form

**FILED**

MAR 26 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Kalthia Group )
                                    )     C   24   01846
                Plaintiff,          )
                                    )   CASE NO. 24 CV 43011 6          SVK
vs.                                 )
                                    )   **APPLICATION TO PROCEED**
DaCorey Satterwhite                 )   **IN FORMA PAUPERIS**
                     Defendant.     )   (Non-prisoner cases only)
                                    )

I, DaCorey Satterwhite, declare, under penalty of perjury that I am the plaintiff

in the above entitled case and that the information I offer throughout this application is true and

correct. I offer this application in support of my request to proceed without being required to

prepay the full amount of fees, costs or give security. I state that because of my poverty I am

unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed?                    Yes _____ No _____

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____∅_____   Net: ____∅_____

Employer: _____∅_____∅_____

_____∅_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.    Business, Profession or                    Yes ____  No ✓

8              self employment?

9        b.    Income from stocks, bonds,                  Yes ____  No ✓

10             or royalties?

11       c.    Rent payments?                              Yes ____  No ✓

12       d.    Pensions, annuities, or                     Yes ____  No ✓

13             life insurance payments?

14       e.    Federal or State welfare payments,          Yes ____  No ____  ✓

15             Social Security or other govern-

16             ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.    Are you married?                                 Yes ____  No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?          Yes ___   No ✓

Estimated Market Value: $_____   Amount of Mortgage: $_____

6.      Do you own an automobile?          Yes ___   No ✓

Make _____   Year _____   Model _____

Is it financed? Yes ____   No ✓   If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?   Yes ____   No ✓   (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?   Yes ____   No ✓   Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)          Yes ___   No ✓

_____

8.      What are your monthly expenses?

Rent:  $ __2400_____   Utilities: ___∅_____

Food:  $ ___248_____   Clothing: ___∅_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| ∅ | $ ∅ | $ ∅ |
| | $ | $ |
| | $ | $ |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes \_\_\_\_   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/24/2024
        DATE

SIGNATURE OF APPLICANT

- 4 -