**FILED**

APR 18 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1  Your Name: Da Corey Satterwhite
2  Address: 117 Bernal Road #70
3  Phone Number: 669-264-3411
4  Fax Number:
5  E-mail Address: DaCorey777@gmail.com
6  Pro Se Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kalthia Group

Plaintiff,

vs.

Da Corey Satterwhite

Defendant.

Case Number: C 24 01846 [leave blank]

COMPLAINT Objection to remand to State Court Motion

DEMAND FOR JURY TRIAL
Yes [✓]   No [ ]

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Kalthia Group Hotels
Address: 2050 N. 1st San Jose, CA 95131
Telephone: Unknown

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: DaCorey Satterwhite

Address: 2050 N. 1st San Jose, Ca 95119

Telephone: 669-244-3411

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] United States Fair Housing Act & Civil Rights of 1968.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   [x] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

   [x] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in __Santa Clara__ County, it should be assigned to the __Northern Division__ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

I, Defendant, Da Corey Satterwhite object to case being removed by to State Court. There is a substantial amount of evidence that points to the plaintiff's violation of Constitutional, civil, and Housing Rights.

COMPLAINT
PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

Over a period of months both men who are presumed to be the acting managers at this location have violated civil and Constitutional rights including entering my home while I was there without ~~pers~~ permission.

The initial complaint addresses all ~~the~~ of the United States penal code ~~that~~ were violated by the individuals.

This case is more than appropriate for this jurisdiction and I, DaCorey Satterwhite - the Defendant in this matter is respectfully asking the court to proceed with the case under federal jurisdiction matter.

//
//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]

# CLAIMS

## First Claim

(Name the law or right violated: Federal Fair Housing Act)

(Name the defendants who violated it: _____ )

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

The statues that are in accordance with this objection is plaintiff's contract is ~~illegal~~ illegal. The plaintiff is asking for payment under transient law and not the laws of residing as a tenant. This violation of federal Fair Housing Act. The plaintiff have broken many laws in coercing other tenant to harassment in order to get the Defendant to move.

These violations consist of the following U.S.C 1981 Title II, Title III, and Title V of the Civil Rights Act.

I, DaCorey Satterwhite, the Defendant ~~allowed~~ will prove and provide edivence backing these claims.

//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

_____ **Claim**

*(Name the law or right violated:* _____)

*(Name the defendants who violated it:* _____)

\_\_\_\_. _____

COMPLAINT

PAGE \_\_\_ OF \_\_\_ *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

The plaintiff have cause servere emotional, and mental damage to the Defendant. The Relief the defendant is asking for punitive, damages remains $350,000

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 4-18-2024   Sign Name: Da Corey Satterwhite
                  Print Name: Da Corey Satterwhite

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – 05/17]

*[Copy this page and insert it where you need additional space.]*

1
2  ____._____
3  _____
4  _____
5  _____
6  _____
7  _____
8  ____._____
9  _____
10 _____
11 _____
12 _____
13 _____
14 ____._____
15 _____
16 _____
17 _____
18 _____
19 _____
20 ____._____
21 _____
22 _____
23 _____
24 _____
25 _____
26 ____._____
27 _____
28 _____

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*