UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALTHIA GROUP HOTELS,<br><br>        Plaintiff,<br><br>    v.<br><br>DACOREY SATTERWHITE,<br><br>        Defendant. | Case No. 24-cv-01846-PCP<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 4 |

The Court has reviewed Magistrate Judge van Keulen's Report and Recommendation, Dkt. No. 4, as well the defendant's objections to the report, Dkt. No. 6. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the Clerk is ordered to remand this case to the Superior Court of California for the County of Santa Clara and close the file.

**IT IS SO ORDERED.**

Dated: May 1, 2024

_____
P. CASEY PITTS
United States District Judge